Bond Schoeneck King  3/21/2012  1:33:47 PM  PAGE  2/002  Fax Server
Case 5:11-cv-01067-FJS-DEP   Document 13   Filed 03/22/12   Page 1 of 1

Bond Schoeneck King  3/21/2012  1:33:47 PM  PAGE  2/002  Fax Server

Case 5:11-cv-01067-FJS-DEP   Document 13   Filed 03/22/12   Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MAGIC CIRCLE MUSIC LTD.,

                Plaintiff,

v.

TAREK MAGHARY,

                Defendant.
-----------------------------------------------------------

**RULE 41(a)(2) ORDER**
5:11-CV-01067

WHEREAS, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the undersigned, being attorneys of record for the parties herein, hereby stipulate and agree to an Order of this Court pursuant to Fed.R.Civ.P. 41(a)(2), wherein all claims and counterclaims presented in this action shall be dismissed without prejudice and without costs to any party.

It is further stipulated and agreed that once signed by the attorneys of record, any party may submit this Stipulation without further notice to the others for the Court's Order dismissing the claims and counterclaims, with prejudice.

Dated: March 21, 2012

BOND, SCHOENECK & KING, PLLC
Attorneys for Tarek Maghary

By: _____
John G. McGowan, Esq.
Bar Roll No. 501388
One Lincoln Center
Syracuse, New York 13202

Dated: March 21, 2012

THE THURSTON LAW OFFICE
Attorneys for Magic Circle Music

By: _____
David B. Thurston, Esq.
Bar Roll No. 516626
21 Lincoln Street, Suite 201
Auburn, New York 13021

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: March 22, 2012

1962564.1 2/29/2012